UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.  0:16-cv-60497

FOURTH ESTATE PUBLIC BENEFIT
CORPORATION,

    Plaintiff,

v.

WALL-STREET.COM, LLC and
JERROLD D. BURDEN,

    Defendants.

_____

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
(INJUNCTIVE RELIEF DEMANDED)

Plaintiff, FOURTH ESTATE PUBLIC BENEFIT CORPORATION, by and through undersigned counsel, brings this Complaint against Defendants, WALL-STREET.COM, LLC and JERROLD D. BURDEN, for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1.    Plaintiff FOURTH ESTATE PUBLIC BENEFIT CORPORATION ("Fourth Estate") is an independent news organization built for the public benefit on strong journalistic principles and designed to build a long-term, stable and sustainable economic relationship based on fair treatment and equity for all stakeholders of the journalism community.  The mission of Fourth Estate is to contribute to a healthy society by fostering, supporting and incubating a sustainable and vibrant free press.  Fourth Estate equips individuals and communities with the news and information they need to make wise decisions.

2. In service to its mission, Fourth Estate produces high quality, timely, accurate and compelling journalism created by reporters working all over the world. Fourth Estate owns the copyright in the articles produced by its journalists. Fourth Estate licenses its content to AHN Feed Syndicate ("Feed Syndicate"), a global leader of cloud-based news and content solutions for the enterprise, pursuant to a non-exclusive license agreement under which Fourth Estate retains the copyrights to its content, as well as the rights to pursue infringements of its content and recover damages.

3. Fourth Estate brings this action for violations of Fourth Estate's exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Fourth Estate's original copyrighted works of authorship in its news articles and content.

4. The Defendants own and operate an on-line news and advertising website at the URL www.Wall-Street.com. Defendants obtained Fourth Estate's copyrighted works from Feed Syndicate pursuant to a limited license. After that license expired, Defendants continued to copy and distribute Fourth Estate's copyrighted works in violation of Fourth Estate's exclusive rights under the Copyright Act without Fourth Estate's permission.

5. Defendants copied and distributed Fourth Estate's copyrighted works not only to earn advertising revenue from readers of those works, but also to advertise and market the sale of the domain and website Wall-Street.com, which Defendants market and promote at www.wallstreetcloud.com.

6. Fourth Estate's works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331, 1338(a), and 1367.

9. Defendants are subject to personal jurisdiction in Florida.

10. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## PARTIES

11. Plaintiff FOURTH ESTATE PUBLIC BENEFIT CORPORATION is a Delaware corporation authorized to do business in Florida.

12. Defendant WALL-STREET.COM, LLC ("Wall-Street"), is a Florida limited liability company with a principal address at 6301 NW 5th Way, Suite 1400, Ft. Lauderdale, FL 33309.

13. Defendant JERROLD D. BURDEN ("Burden") is an individual residing in Broward County, Florida. Burden is the owner and operator of Wall-Street and www.WallStreet.com.

## THE COPYRIGHTED WORKS AT ISSUE

14. Fourth Estate owns the copyright in thousands of copyrighted articles, including hundreds of articles first published in the three months since the filing of Fourth Estate's applications to register these articles with the Register of Copyrights immediately prior to the filing of this case.  Upon receipt of the registration certificate for these works, Fourth Estate will file this certificate with the court.  Consistent with the Copyright Act and the regulations

promulgated thereunder, when issued by the Register of Copyrights the registration certificate will be dated prior to the filing of this action.

15. A list of the copyrighted works at issue in this case that were infringed by Defendants is attached hereto as Exhibit 1.

16. At all relevant times Fourth Estate was the owner of the copyrighted works at issue in this case. Fourth Estate became the owner of the copyrighted works either by virtue of the fact that the works were works for hire and/or by written assignment from the original authors of said works.

## INFRINGEMENT BY DEFENDANTS

17. Feed Syndicate licensed the works at issue in this action to Defendants pursuant to the Terms of Use attached hereto as Exhibit 2.

18. The Terms of Use provide that "Prior to account cancellation you must stop display of all FeedSyndicate provided content and permanently take down, remove and/or delete all cached, saved, archived, stored or databased content or data."

19. Defendants canceled their account with FeedSyndicate but failed to comply with the provisions of the Terms of Use. Specifically, Defendants continued to display Fourth Estate's copyrighted works and failed to permanently take down, remove and/or delete all cached, saved, archived, stored or databased Fourth Estate copyrighted works.

20. Fourth Estate and Feed Syndicate never gave Defendants permission or authority to copy or distribute the works at issue in this case after termination of their license.

21. The Fourth Estate copyrighted works contain copyright management information.

22.     The Terms of Use provide that the Fourth Estate copyrighted works licensed by Feed Syndicate contain copyright management information that reads "(c) FeedSyndicate - All Rights Reserved. The writer or author byline, if included."

23.     When Defendants copied and distributed Fourth Estate's copyrighted works they removed Fourth Estate's copyright management information.

24.     Fourth Estate and Feed Syndicate never gave Defendants permission or authority to remove copyright management information from the works at issue in this case.

25.     Plaintiff has engaged the undersigned attorneys and has agreed to pay them a reasonable fee.

**COUNT I**
**COPYRIGHT INFRINGEMENT**
**AGAINST ALL DEFENDANTS**

26.     Plaintiff Fourth Estate incorporates the allegations of paragraphs 1 through 25 of this complaint as if fully set forth herein.

27.     Fourth Estate owns valid copyrights in the works at issue in this case.

28.     Fourth Estate registered the works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

29.     Defendants copied and distributed the works at issue in this case and made derivatives of the works without Fourth Estate's authorization in violation of 17 U.S.C. § 501.

30.     Defendants performed the acts alleged in furtherance of their business for profit and to promote the sale of Wall-Street.com.

31.     Fourth Estate has been damaged.

32.     The harm caused to Fourth Estate has been irreparable.

## COUNT II
## COPYRIGHT INFRINGEMENT
## AGAINST BURDEN

33. Plaintiff Fourth Estate incorporates the allegations of paragraphs 1 through 25 of this complaint as if fully set forth herein.

34. Fourth Estate owns valid copyrights in the works at issue in this case.

35. Fourth Estate's registered the works at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

36. Defendants copied and distributed the works at issue in this case and made derivatives of the works without Fourth Estate's authorization in violation of 17 U.S.C. § 501.

37. Burden profited from the infringement of the exclusive rights of Fourth Estate in the works at issue in this case under the Copyright Act while declining to exercise a right to stop it.

38. Fourth Estate has been damaged.

39. The harm caused to Fourth Estate has been irreparable.

## COUNT III
## REMOVAL OF COPYRIGHT MANAGEMENT INFORMATION

40. Plaintiff Fourth Estate incorporates the allegations of paragraphs 1 through 25 of this complaint as if fully set forth herein.

41. The works at issue in this case contain copyright management information ("CMI").

42. Defendants knowingly and with the intent to enable or facilitate copyright infringement, removed CMI from the works at issue in this action in violation of 17 U.S.C. § 1202(b).

43. Defendants committed these acts knowing or having reasonable grounds to know that they will induce, enable, facilitate or conceal infringement of Fourth Estate's rights in the works at issue in this action protected under the Copyright Act.

44. Fourth Estate has been damaged.

45. The harm caused to Fourth Estate has been irreparable.

WHEREFORE, the Plaintiff Fourth Estate prays for judgment against the Defendants that:

   a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. §§ 501;

   b. Defendants be required to pay Plaintiff its actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. §§ 504.

   c. Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon; and

   d. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: March 11, 2016					Respectfully submitted,

    */s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number:  98220
joel.rothman@sriplaw.com
JEROLD I. SCHNEIDER
Florida Bar Number:  26975
jerold.schneider@sriplaw.com
DIANA F. MEDEROS
Florida Bar Number:  99881
diana.mederos@sriplaw.com

**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL  33431
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Fourth Estate Public Benefit Corporation*