UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.  0:16-cv-60497

FOURTH ESTATE PUBLIC BENEFIT
CORPORATION,

    Plaintiff,

v.

WALL-STREET.COM, LLC, et al.

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Fourth Estate Public Benefit Corporation, the Plaintiff in the above-named case, hereby appeals to the **United States Court of Appeals for the Eleventh Circuit** from the Order Granting Motion to Dismiss [DE 20] entered in this action on the 23rd day of March, 2016.

DATED: June 16, 2016                    Respectfully submitted,

                                                        */s/ Joel B. Rothman*
                                          JOEL B. ROTHMAN
                                          Florida Bar Number:  98220
                                          joel.rothman@sriplaw.com
                                          JEROLD I. SCHNEIDER
                                          Florida Bar Number:  26975
                                          jerold.schneider@sriplaw.com
                                          DIANA F. MEDEROS
                                          Florida Bar Number:  99881
                                          diana.mederos@sriplaw.com
                                          **SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
                                          4651 North Federal Highway
                                          Boca Raton, FL  33431
                                          561.404.4350 – Telephone
                                          561.404.4353 – Facsimile

*Attorneys for Plaintiff Fourth Estate Public Benefit Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2016, a true and correct copy of the foregoing document has been sent via Email by the Court's CM/ECF System to all parties on the attached service list.

## SERVICE LIST

David A. Geller
The DAG Group, LLC
1221 South 21st Avenue
Hollywood, FL  33020
dgeller@thedaggroup.com
954.241.3117 – telephone
954.399.9850 – facsimile
*Attorneys for Defendants*